■ In the Matter of BRENDON H., Appellant. MONROE COUNTY ATTORNEY, Respondent. [841 NYS2d 909]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered November 16, 2006 in a proceeding pursuant to Family Court Act article 3. The order placed respondent with the New York State Office of Children and Family Services for a period of 12 months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We reject the contention of respondent that Family Court erred in placing him in a "limited secure facility"

pursuant to Family Court Act § 353.3 (3) (b) as the result of his admitted violation of probation. The court has broad discretion in determining the appropriate disposition in juvenile delinquency proceedings (*see Matter of Richard W.*, 13 AD3d 1063, 1064 [2004]), and here the court did not abuse that discretion. Contrary to respondent's contention, the record establishes that the disposition ordered by the court is "the least restrictive available alternative . . . which is consistent with the needs and best interests of the respondent and the need for protection of the community" (Family Ct Act § 352.2 [2] [a]). Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.